April 14, 2015

## 03-15-00032-CV
## TC #C-1-CV-07-010096
## Mosaic Pool & Spa, Inc. and Sam Loeb, Jr. v. Clint Jones and Angie Jones

I have received the notice for the above styled case.  I left messages with Mr. Floreani on 2-3-15 and

2-20-15 concerning payment.  As of today I have not received payment for the court reporter's record in this case.

Please contact me if you have any further questions.

Thank you,

*Amanda Anderson, CSR*

Official Court Reporter

County Court at Law No. 2

Travis County, Texas

1000 Guadalupe St., Rm 211

Austin, Texas 78701

512 854-9250

FAX: 512 854-4724